DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARC ANDRE FLEURIVAL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1227

[July 15, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; William L. Roby, Judge; L.T. Case No. 562002CF000482A.

Marc Andre Fleurival, Bowling Green, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***